B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pathmann Paint Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3080378** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**254 N. Northwest Highway**<br>**Palatine, IL**<br><br>ZIP Code **60067** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pathmann Paint Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Steven & Lynne Pathmann** | Case Number:<br>**08-14500** | Date Filed:<br>**6/05/08** |
| District:<br>**Northern** | Relationship:<br>**Shareholder** | Judge:<br>**Judge Jacqueline P. Cox** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pathmann Paint Corporation** |

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**

_____
Address

**312-368-0300**
Telephone Number

**June 24, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Steven M. Pathmann**
Signature of Authorized Individual

**Steven M. Pathmann**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 24, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer).(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Pathmann Paint Corporation**
_____
                                    Debtor(s)

Case No. _____

Chapter      **11**    _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| **Acme Wallcoverings**<br>**P. O. Biox 88462**<br>**Chicago, IL 60680-1462** | **Acme Wallcoverings**<br>**P. O. Biox 88462**<br>**Chicago, IL 60680-1462** | | | **5,535.44** |
| **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **Miscellaneous credit card purchases** | | **5,500.00** |
| **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **Miscellaneous credit card purchases** | | **7,000.00** |
| **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | **Miscellaneous credit card purchases** | | **37,341.45** |
| **Bank of America**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850-5184** | **Bank of America**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850-5184** | **Miscellaneous credit card purchases** | | **12,868.38** |
| **BJM**<br>**101 Paragon Drive**<br>**Montvale, NJ 07645-1862** | **BJM**<br>**101 Paragon Drive**<br>**Montvale, NJ 07645-1862** | | **Disputed** | **614,025.22** |
| **Capital One**<br>**P.O. Box 3180**<br>**Pittsburgh, PA 15230-3180** | **Capital One**<br>**P.O. Box 3180**<br>**Pittsburgh, PA 15230-3180** | **Miscellaneous credit card purchases** | | **32,835.49** |
| **Capital One**<br>**P.O. Box 3180**<br>**Pittsburgh, PA 15230-3180** | **Capital One**<br>**P.O. Box 3180**<br>**Pittsburgh, PA 15230-3180** | **Miscellaneous credit card purchases** | | **6,038.48** |
| **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | **Miscellaneous credit card purchases** | | **5,416.72** |
| **CBD Pratt & Lambert**<br>**P. O. Box 198035**<br>**Atlanta, GA 30384-8035** | **CBD Pratt & Lambert**<br>**P. O. Box 198035**<br>**Atlanta, GA 30384-8035** | | | **8,413.89** |
| **Comfortex**<br>**P. O. Box 406455**<br>**Atlanta, GA 30384** | **Comfortex**<br>**P. O. Box 406455**<br>**Atlanta, GA 30384** | | | **6,976.39** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Pathmann Paint Corporation**                                                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Coronado Inslx Complementary Coatings, d/b/a Inslx k. O. Box 5421 New York, NY 10087-5421** | **Coronado Inslx Complementary Coatings, d/b/a Inslx k. O. Box 5421 New York, NY 10087-5421** | | | 134,187.30 |
| **Elder & Jenks 148 E. 5th Street Bayonne, NJ 07002** | **Elder & Jenks 148 E. 5th Street Bayonne, NJ 07002** | | | 5,972.75 |
| **Fifth Third Bank Business Banking 486 W. Liberty Wauconda, IL 60084** | **Fifth Third Bank Business Banking 486 W. Liberty Wauconda, IL 60084** | **Corporate guarantee of individual debt** | | 600,000.00 |
| **Lancaster P. O. Box 751591 Charlotte, NC 28275-1571** | **Lancaster P. O. Box 751591 Charlotte, NC 28275-1571** | | | 5,935.28 |
| **M.B. Financial Bank, N.A. Commercial Banking 6201 W. Dempster Avenue Morton Grove, IL 60053** | **M.B. Financial Bank, N.A. Commercial Banking 6201 W. Dempster Avenue Morton Grove, IL 60053** | **Corporate guarantee of individual debt** | | 500,000.00 |
| **Muralo Paints 148 E. 5th Street Bayonne, NJ 07002** | **Muralo Paints 148 E. 5th Street Bayonne, NJ 07002** | | | 91,211.66 |
| **Seabrook Wallcoverings P. O. Box 22597 Memphis, TN 38122** | **Seabrook Wallcoverings P. O. Box 22597 Memphis, TN 38122** | | | 6,559.04 |
| **U.S. Bank P.O. Box 6353 Fargo, ND 58125-6353** | **U.S. Bank P.O. Box 6353 Fargo, ND 58125-6353** | **Miscellaneous credit card purchases** | | 19,611.50 |
| **Wells Fargo WF Bus Direct P.O. Box 348750 Sacramento, CA 95834** | **Wells Fargo WF Bus Direct P.O. Box 348750 Sacramento, CA 95834** | **Miscellaneous credit card purchases** | | 48,482.08 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 24, 2008** _____            Signature   **/s/ Steven M. Pathmann** _____
                                                                            **Steven M. Pathmann**
                                                                            **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re   **Pathmann Paint Corporation**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **3706109  3706095** | | | | | **Blanket lien** | | | | | |
| **Midwest Bank** **501 W. North Avenue** **Melrose Park, IL 60160** | - | | | | **All Assets** | | | | | |
| | | | | | Value $                **Unknown** | | | | 587,524.32 | **Unknown** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 587,524.32 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 587,524.32 | 0.00 |

B6E (Official Form 6E) (12/07)

In re    **Pathmann Paint Corporation** _____,   Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

      Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

      Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                          **0**    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Pathmann Paint Corporation**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 209007 & 20908<br><br>**Acme Wallcoverings**<br>**P. O. Biox 88462**<br>**Chicago, IL 60680-1462** | | - | | | | | 5,535.44 |
| Account No. 605152  605151<br><br>**Akzo Nobel**<br>**21474 Network lace**<br>**Chicago, IL 60673-1214** | | | | | | | 4,802.71 |
| Account No. 3713 404049 01002<br><br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | | - | **Miscellaneous credit card purchases** | | | | 5,500.00 |
| Account No. 3713 823766 22000<br><br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | | - | **Miscellaneous credit card purchases** | | | | Unknown |
| __11__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 15,838.15 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    S/N:29730-080521    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Pathmann Paint Corporation**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3725 093635 12005** | | | - | | Miscellaneous credit card purchases | | | | |
| **American Express** P.O. Box 981535 El Paso, TX 79998-1535 | | | | | | | | | 37,341.45 |
| Account No. **3728-239410-02003** | | | - | | Miscellaneous credit card purchases | | | | |
| **American Express** P.O. Box 981535 El Paso, TX 79998-1535 | | | | | | | | | 7,000.00 |
| Account No. **3782-690671-42005;41056;41072** | | | - | | and 42088 Miscellaneous credit card purchases | | | | |
| **American Express** P.O. Box 981535 El Paso, TX 79998-1535 | | | | | | | | | 4,000.00 |
| Account No. **6006741** | | | - | | | | | | |
| **Arroworthy** 248 Wyandanch Avenue West Babylon, NY 11704 | | | | | | | | | 3,190.56 |
| Account No. **273536 & 273537** | | | - | | | | | | |
| **Bamboo Abbott - Prestige** P. O. Box 551 Edison, NJ 08818-0551 | | | | | | | | | 4,421.95 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **55,953.96**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pathmann Paint Corporation**                          ,                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5474 8722 0018 5252** <br><br> **Bank of America** <br> **P.O. Box 15184** <br> **Wilmington, DE 19850-5184** | | - | | | Miscellaneous credit card purchases | | | | 12,868.38 |
| Account No. **749 23014275113** <br><br> **Bank of America** <br> **P.O. Box 37279** <br> **Baltimore, MD 21297-3279** | | - | | | Miscellaneous credit card purchases | | | | 3,081.41 |
| Account No. **253** <br><br> **Baytree Leasing** <br> **100 TriState International** <br> **Suite 240** <br> **Lincolnshire, IL 60069** | | - | | | | | | | 785.98 |
| Account No. **694921 & 695121** <br><br> **BJM** <br> **101 Paragon Drive** <br> **Montvale, NJ 07645-1862** | | - | | | | | | X | 614,025.22 |
| Account No. **30257000** <br><br> **Blonder Home Accents** <br> **P. O. Box 200206** <br> **Pittsburgh, PA 15251-0206** | | - | | | | | | | 5,314.45 |

Sheet no. __2___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

636,075.44

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pathmann Paint Corporation**                   ,      Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **412006 & 412009**<br><br>**Blue Mountain**<br>**1 Trans Border Drive**<br>**Suite 15405**<br>**Champlain, NY 12919** | - | | | | | | 1,186.13 |
| Account No. **1506115  9230601**<br><br>**Brewster Wallcoverings**<br>**P. O. Box 414717**<br>**Boston, MA 02241-4717** | - | | | | | | 1,746.02 |
| Account No. **56 01 0081112889**<br><br>**Capital One**<br>**P.O. Box 3180**<br>**Pittsburgh, PA 15230-3180** | - | | **Miscellaneous credit card purchases** | | | | 6,038.48 |
| Account No. **5703 572600910539**<br><br>**Capital One**<br>**P.O. Box 3180**<br>**Pittsburgh, PA 15230-3180** | - | | **Miscellaneous credit card purchases** | | | | 32,835.49 |
| Account No. **4802 1322 5982 7262**<br><br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | - | | **Miscellaneous credit card purchases** | | | | 5,416.72 |

Sheet no. __**3**___ of __**11**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal       | 47,222.84
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Pathmann Paint Corporation**                                      , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **23657000 & 23659000** <br><br> **Carol Fabrics** <br> **1597 Paysphere Circle** <br> **Chicago, IL 60674** | - | | | | | | 504.33 |
| Account No. **1014908** <br><br> **CBD Pratt & Lambert** <br> **P. O. Box 198035** <br> **Atlanta, GA 30384-8035** | - | | | | | | 8,413.89 |
| Account No. <br><br> **Chicago Drop Cloith Service** <br> **824 Southalsted St.** <br> **Chicago, IL 60620** | - | | | | | | 138.65 |
| Account No. **4169** <br><br> **Chicago Filter** <br> **221 King Street** <br> **Elk Grove Village, IL 60007** | - | | | | | | 72.00 |
| Account No. **022-04287 & 022-04286** <br><br> **Cintus #22** <br> **1025 National Parkway** <br> **Schaumburg, IL 60173** | - | | | | | | 283.08 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            9,411.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Pathmann Paint Corporation**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **604326** <br><br> **Comfortex** <br> **P. O. Box 406455** <br> **Atlanta, GA 30384** | - | | | | | | 6,976.39 |
| Account No. **16010** <br><br> **Coronado Inslx** <br> **Complementary Coatings, d/b/a Inslx** <br> **k. O. Box 5421** <br> **New York, NY 10087-5421** | - | | | | | | 134,187.30 |
| Account No. **PAT 0991** <br><br> **Custom Window Accents** <br> **P. O. Box 66** <br> **Harvard, IL 60033** | - | | | | | | 73.84 |
| Account No. <br><br> **DMX Music Inc.** <br> **600 Congress Ave.** <br> **Suite 1400** <br> **Austin, TX 78701** | - | | | | | X | 5,021.74 |
| Account No. **E68344  E68351** <br><br> **Elder & Jenks** <br> **148 E. 5th Street** <br> **Bayonne, NJ 07002** | - | | | | | | 5,972.75 |

Sheet no. __**5**___ of __**11**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                           **152,232.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pathmann Paint Corporation**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1117555** <br><br> **Fashion Tech** <br> **P. O. Box 14160** <br> **Portland, OR 97293-0160** | - | | | | | | | 2,675.33 |
| Account No. <br><br> **Faux Like Apro** <br> **I19 Braintree Street** <br> **Allston, MA 02134** | - | | | | | | | 2,294.45 |
| Account No. <br><br> **Fifth Third Bank** <br> **Business Banking** <br> **486 W. Liberty** <br> **Wauconda, IL 60084** | - | | | Corporate guarantee of individual debt | | | | 600,000.00 |
| Account No. **01 PATH 2** <br><br> **Green Technical Services** <br> **106 Crosby Road** <br> **Dover, NH 03820** | - | | | | | | | 668.62 |
| Account No. **0001239273** <br><br> **Hendel Corporation** <br> **P. O. Box 101523** <br> **Atlanta, GA 30392** | - | | | | | | | 2,770.32 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

608,408.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Pathmann Paint Corporation**                                                ,      Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Home Fashions** <br> **Garrett Swanson** <br> **228 Parallel Avenue** <br> **Palatine, IL 60067** | - | | | | | | | 4,000.00 |
| Account No. **03405136** <br><br> **ICI Paints** <br> **16651 Sprague Rd.** <br> **Strongsville, OH 44136** | - | | | | | | | 5,146.00 |
| Account No. <br><br> **Industrial Nanotech** <br> **801 Laurel Oak Drive** <br> **Suite 702** <br> **Naples, FL 34108** | - | | | | | | | 1,193.06 |
| Account No. **10880  11765** <br><br> **Lancaster** <br> **P. O. Box 751591** <br> **Charlotte, NC 28275-1571** | - | | | | | | | 5,935.28 |
| Account No. **AT 6006701** <br><br> **Linzer Products** <br> **P. O. Box 9002** <br> **Wyandanch, NY 11798** | - | | | | | | | 1,564.51 |

Sheet no. __7___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **17,838.85**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pathmann Paint Corporation**                               ,        Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Corporate guarantee of individual debt** | | | | |
| **M.B. Financial Bank, N.A.** **Commercial Banking** **6201 W. Dempster Avenue** **Morton Grove, IL 60053** | - | | | | | | | **500,000.00** |
| Account No. | | | | | | | | |
| **Markgraf's H & C** **3447 RFD** **Palatine, IL 60067** | - | | | | | | | **1,248.50** |
| Account No. **C23973  C23990** | | | | | | | | |
| **Muralo Paints** **148 E. 5th Street** **Bayonne, NJ 07002** | - | | | | | | | **91,211.66** |
| Account No. **3091  1391** | | | | | | | | |
| **Oxford House** **606 W. State Road 18** **Fowler, IN 47944** | - | | | | | | | **Unknown** |
| Account No. **56919  59920** | | | | | | | | |
| **Patten Wallcoverings** **Department 285901** **P. O. Box 67000** **Detroit, MI 48267-2859** | - | | | | | | | **839.32** |

Sheet no. __8___ of __11___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal         **593,299.48**
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Pathmann Paint Corporation**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13696** <br><br> R M Co Co <br> P. O. 1270 <br> Cape Girardeau, MO 63702-1270 | - | | | | | | 1,158.27 |
| Account No. **1195794** <br><br> Schumacher Co. <br> P. O. Box 8080 <br> Newark, DE 19714-8080 | - | | | | | | 2,062.10 |
| Account No. **09061960 & 09062000** <br><br> Seabrook Wallcoverings <br> P. O. Box 22597 <br> Memphis, TN 38122 | - | | | | | | 6,559.04 |
| Account No. <br><br> Sponges Direct <br> P. O. Box 374 <br> Tarpon Springs, FL 34688 | - | | | | | | 378.00 |
| Account No. **137225  137230** <br><br> Thibaut <br> 480 Frelinghuyser Avenue <br> Attn: Robin <br> Newark, NJ 07114 | - | | | | | | 1,334.05 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,491.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pathmann Paint Corporation**                          ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4336 9400 0144 5851** <br><br> **U.S. Bank** <br> **P.O. Box 6353** <br> **Fargo, ND 58125-6353** | - | | | | Miscellaneous credit card purchases | | | | 19,611.50 |
| Account No. **1206693  1206705** <br><br> **Warner Wallcoverings** <br> **P. O. Box 73841** <br> **Cleveland, OH 44193** | - | | | | | | | | 1,385.06 |
| Account No. **4856 2002 0624 6517** <br><br> **Wells Fargo** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | - | | | | Miscellaneous credit card purchases | | | | 2,853.00 |
| Account No. **5474 6442 4646 5018** <br><br> **Wells Fargo** <br> **WF Bus Direct** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | - | | | | Miscellaneous credit card purchases | | | | 48,482.08 |
| Account No. **555944-001** <br><br> **Williamson-Dickies** <br> **P. O. Box 915156** <br> **Dallas, TX 75391-5156** | - | | | | | | | | 475.47 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                72,807.11

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Pathmann Paint Corporation**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15848** <br><br> **Window Fashions** <br> **1 Ocee Drive** <br> **Natrona Heights, PA 15065** | - | | | | | | 3,204.34 |
| Account No. **32685** <br><br> **York Wallcoverings** <br> **P. O. Box 64333** <br> **Baltimore, MD 21264** | - | | | | | | 2,977.45 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    6,181.79

Total
(Report on Summary of Schedules)    2,226,761.77

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Pathmann Paint Corporation** _____   Case No. _____

Debtor(s)   Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **11,000.00** |
| Prior to the filing of this statement I have received | $ | **11,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **1,139.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■   Debtor   ☐   Other (specify):

4.  The source of compensation to be paid to me is:

    ■   Debtor   ☐   Other (specify):

5.  ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 24, 2008** _____   **/s/ JOSEPH E. COHEN** _____
**JOSEPH E. COHEN**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**312-368-0300**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Pathmann Paint Corporation**

_____,    Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steven & Lynee Pathmann**<br>**127 Cranberry Lane**<br>**Lake Barrington, IL 60010** | | **100%** | **Shareholders** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 24, 2008**    Signature **/s/ Steven M. Pathmann**
**Steven M. Pathmann**
**President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Pathmann Paint Corporation**

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                58

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 24, 2008**

**/s/ Steven M. Pathmann**

**Steven M. Pathmann**/**President**
Signer/Title

Abrams & Abrams
180 W. Washington St.
Suite 910
Chicago, IL 60602


Acme Wallcoverings
P. O. Biox 88462
Chicago, IL 60680-1462


Akzo Nobel
21474 Network lace
Chicago, IL 60673-1214


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Arroworthy
248 Wyandanch Avenue
West Babylon, NY 11704


Bamboo Abbott - Prestige
P. O. Box 551
Edison, NJ 08818-0551


Bank of America
P.O. Box 15184
Wilmington, DE 19850-5184

Bank of America
P.O. Box 37279
Baltimore, MD 21297-3279


Baytree Leasing
100 TriState International
Suite 240
Lincolnshire, IL 60069


BJM
101 Paragon Drive
Montvale, NJ 07645-1862


Blonder Home Accents
P. O. Box 200206
Pittsburgh, PA 15251-0206


Blue Mountain
1 Trans Border Drive
Suite 15405
Champlain, NY 12919


Brewster Wallcoverings
P. O. Box 414717
Boston, MA 02241-4717


Capital One
P.O. Box 3180
Pittsburgh, PA 15230-3180


Capital One
P.O. Box 3180
Pittsburgh, PA 15230-3180


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Carol Fabrics
1597 Paysphere Circle
Chicago, IL 60674


CBD Pratt & Lambert
P. O. Box 198035
Atlanta, GA 30384-8035

Chicago Drop Cloith Service
824 Southalsted St.
Chicago, IL 60620


Chicago Filter
221 King Street
Elk Grove Village, IL 60007


Cintus #22
1025 National Parkway
Schaumburg, IL 60173


Comfortex
P. O. Box 406455
Atlanta, GA 30384


Coronado Inslx
Complementary Coatings, d/b/a Inslx
k. O. Box 5421
New York, NY 10087-5421


Custom Window Accents
P. O. Box 66
Harvard, IL 60033


DMX Music Inc.
600 Congress Ave.
Suite 1400
Austin, TX 78701


Elder & Jenks
148 E. 5th Street
Bayonne, NJ 07002


Fashion Tech
P. O. Box 14160
Portland, OR 97293-0160


Faux Like Apro
l19 Braintree Street
Allston, MA 02134

Fifth Third Bank
Business Banking
486 W. Liberty
Wauconda, IL 60084


Green Technical Services
106 Crosby Road
Dover, NH 03820


Hendel Corporation
P. O. Box 101523
Atlanta, GA 30392


Home Fashions
Garrett Swanson
228 Parallel Avenue
Palatine, IL 60067


ICI Paints
16651 Sprague Rd.
Strongsville, OH 44136


Industrial Nanotech
801 Laurel Oak Drive
Suite 702
Naples, FL 34108


Lancaster
P. O. Box 751591
Charlotte, NC 28275-1571


Linzer Products
P. O. Box 9002
Wyandanch, NY 11798


M.B. Financial Bank, N.A.
Commercial Banking
6201 W. Dempster Avenue
Morton Grove, IL 60053


Markgraf's H & C
3447 RFD
Palatine, IL 60067

Midwest Bank
501 W. North Avenue
Melrose Park, IL 60160


Muralo Paints
148 E. 5th Street
Bayonne, NJ 07002


Oxford House
606 W. State Road 18
Fowler, IN 47944


Patten Wallcoverings
Department 285901
P. O. Box 67000
Detroit, MI 48267-2859


R M  Co Co
P. O. 1270
Cape Girardeau, MO 63702-1270


Schumacher  Co.
P. O. Box 8080
Newark, DE 19714-8080


Seabrook Wallcoverings
P. O. Box 22597
Memphis, TN 38122


Sponges Direct
P. O. Box 374
Tarpon Springs, FL 34688


Thibaut
480 Frelinghuyser Avenue
Attn: Robin
Newark, NJ 07114


U.S. Bank
P.O. Box 6353
Fargo, ND 58125-6353


Warner Wallcoverings
P. O. Box 73841
Cleveland, OH 44193

Wells Fargo
P.O. Box 348750
Sacramento, CA 95834


Wells Fargo
WF Bus Direct
P.O. Box 348750
Sacramento, CA 95834


Williamson-Dickies
P. O. Box 915156
Dallas, TX 75391-5156


Window Fashions
1 Ocee Drive
Natrona Heights, PA 15065


York Wallcoverings
P. O. Box 64333
Baltimore, MD 21264

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Pathmann Paint Corporation**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pathmann Paint Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

**June 24, 2008**

Date

**/s/ JOSEPH E. COHEN**

**JOSEPH E. COHEN**

Signature of Attorney or Litigant

Counsel for   **Pathmann Paint Corporation**

**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**312-368-0300**