| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | JACQUELINE P COX |
| SHEFSKY & FROELICH, LTD | Chapter 7 | |
| 111 East Wacker Drive | Location: | _____ |
| SUITE 2800 | Hearing Date: | _____ |
| CHICAGO, IL 60601 | Hearing Time: | _____ |
| (312) 527-4000 | Response Date: | _____ |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: PATHMANN PAINT CORPORATION    § Case No. 08-16247
§
§
§

Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Motion for Authority to Waive Filing of Trustee's Final Report, Distribute Funds to First Secured Creditor and to Close Case and the Order of the Court dated April 15, 2011, a copy of which is attached hereto. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $551,950.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $13,529.00 | Claims Discharged Without Payment: *$963,690.81* |
| Total Expenses of Administration: $3,002.94 | |

3) Total gross receipts of $ 16,531.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,531.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $3,519,453.20 | $3,519,453.20 | $13,529.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 11,583.89 | 11,583.89 | 3,002.94 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 34,294.96 | 34,294.96 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 929,395.85 | 929,395.85 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,494,727.90 | $4,494,727.90 | $16,531.94 |

4) This case was originally filed under Chapter 7 on June 24, 2008. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/24/2011          By: /s/KAREN R. GOODMAN
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  08-16247 |
| Pathmann Paint Corporation, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING WAIVER OF TRUSTEE'S FINAL REPORT, DISTRIBUTION OF FUNDS TO FIRST SECURED CREDITOR AND CLOSING OF CASE**

THIS MATTER COMING ON TO BE HEARD on the Trustee's Motion for Authority to Waive the Filing of Trustee's Final Report, Distribute Funds to First Secured Creditor and Close Case; having been given to the Debtor, the U.S. Trustee and the secured creditors in this case, and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED as follows:

A. Notice of this Motion to the Debtor, the U.S. Trustee and the secured creditors is deemed sufficient;

B. The Trustee is authorized to distribute all remaining proceeds of the Estate to Midwest Bank and Trust Company;

C. The filing of the Trustee's Final Report in this case is waived;

D. The Trustee is directed to file a Final Account with the U.S. Trustee upon receipt of a zero balance bank statement; and

E. The Clerk of the Bankruptcy Court is directed to close this case after the Trustee's Final Account is filed.

Enter:

**ENTERED**
APR - 5 2011
Judge Jacqueline P. Cox
United States Bankruptcy Court

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:

**Prepared by counsel of Movant:**

Karen R. Goodman (#1008242)
SHEFSKY & FROELICH LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
312.527.4000
312.275.7570

Rev: 20101008_bko

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRUST INTRESTS IN MET LIFE | 1290-000 | 47.38 |
| Office equipment, computers, accessories, office | 1129-000 | 5,000.00 |
| Point of sale equipment, tinters, shakers, shelv | 1129-000 | 5,000.00 |
| Inventory of wallpaper books, paint inventory, p | 1129-000 | 5,000.00 |
| Utility refunds | 1290-010 | 1,483.30 |
| Interest Income | 1270-000 | 1.26 |
| **TOTAL GROSS RECEIPTS** | | **$16,531.94** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Fifth Third Bank | 4110-000 | N/A | 604,270.20 | 604,270.20 | 0.00 |
| 26 | Midwest Bank and Trust Company | 4110-000 | N/A | 2,903,183.00 | 2,903,183.00 | 1,529.00 |
|  | Midwest Bank and Trust Company | 4210-000 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,519,453.20** | **$3,519,453.20** | **$13,529.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,403.19 | 2,403.19 | 0.00 |
| United States Trustee | 2950-000 | N/A | 6,177.76 | 6,177.76 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.04 | 0.04 | 0.04 |
| Karen R. Goodman, Trustee | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Karen R. Goodman, Trustee | 3120-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.55 | 1.55 | 1.55 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.35 | 1.35 | 1.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 11,583.89 | 11,583.89 | 3,002.94 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Home Fashions | 5800-000 | N/A | 3,176.32 | 3,176.32 | 0.00 |
| 29P-2 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 24,766.00 | 24,766.00 | 0.00 |
| 37 | Home Fashions | 5800-000 | N/A | 3,176.32 | 3,176.32 | 0.00 |
| 40 | Home Fashions | 5800-000 | N/A | 3,176.32 | 3,176.32 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 34,294.96 | 34,294.96 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

# EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CBD Pratt & Lambert Paint | 7100-000 | N/A | 8,413.89 | 8,413.89 | 0.00 |
| 3 | Seabrook Wallcoverings | 7100-000 | N/A | 6,600.28 | 6,600.28 | 0.00 |
| 4 | Chicago Filter | 7100-000 | N/A | 76.00 | 76.00 | 0.00 |
| 5 | Patten Wallcoverings | 7100-000 | N/A | 1,207.13 | 1,207.13 | 0.00 |
| 6 | US BANK NA/ RETAIL PAYMENT SOLUTIONS AS SERVICER | 7100-000 | N/A | 2,071.68 | 2,071.68 | 0.00 |
| 7 -2 | Department of the Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | Green Technical Services | 7100-000 | N/A | 766.98 | 766.98 | 0.00 |
| 9 | Warner Wallcoverings | 7100-000 | N/A | 834.19 | 834.19 | 0.00 |
| 10 | R M Co Co | 7100-000 | N/A | 1,227.90 | 1,227.90 | 0.00 |
| 11 | Faux Like Apro | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 12 | Fashion Tech | 7100-000 | N/A | 2,675.33 | 2,675.33 | 0.00 |
| 13 | Benjamin Moore & Co. | 7100-000 | N/A | 614,025.22 | 614,025.22 | 0.00 |
| 15 | Corona Brushes, Inc | 7100-000 | N/A | 2,861.17 | 2,861.17 | 0.00 |
| 16 | Wells Fargo Bank | 7100-000 | N/A | 48,444.88 | 48,444.88 | 0.00 |
| 17 | Wells Fargo Bank | 7100-000 | N/A | 3,034.51 | 3,034.51 | 0.00 |
| 18 | Williamson-Dickie MFg. Company | 7100-000 | N/A | 452.47 | 452.47 | 0.00 |
| 19 | American Express Centurion Bank | 7100-000 | N/A | 36,753.16 | 36,753.16 | 0.00 |
| 20 | American Express Bank FSB | 7100-000 | N/A | 13,827.36 | 13,827.36 | 0.00 |
| 21 | Acme Wallcoverings | 7100-000 | N/A | 5,364.85 | 5,364.85 | 0.00 |
| 22 | Chicago Drop Cloth Service | 7100-000 | N/A | 297.40 | 297.40 | 0.00 |
| 23 | ICI Paints | 7100-000 | N/A | 5,146.00 | 5,146.00 | 0.00 |
| 24 | Muralo Paint Company, Inc. c/o Fuchs & Roselli, Lt | 7100-000 | N/A | 132,683.42 | 132,683.42 | 0.00 |
| 25 | Brewster Wallcovering Company | 7100-000 | N/A | 3,855.32 | 3,855.32 | 0.00 |
| 27 | Citibank (South Dakota) N.A. | 7100-000 | N/A | 2,252.05 | 2,252.05 | 0.00 |
| 29U-2 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 5,245.00 | 5,245.00 | 0.00 |
| 30 | Carol Fabrics | 7100-000 | N/A | 295.57 | 295.57 | 0.00 |
| 31 | Seabrook Wallcoverings | 7100-000 | N/A | 6,387.36 | 6,387.36 | 0.00 |
| 32 | Arroworthy | 7100-000 | N/A | 1,976.62 | 1,976.62 | 0.00 |
| 33 | Pitney Bowes Inc | 7100-000 | N/A | 1,534.50 | 1,534.50 | 0.00 |
| 34 | Chicago Drop Cloth Service | 7100-000 | N/A | 433.90 | 433.90 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | Linzer Products | 7100-000 | N/A | 1,564.51 | 1,564.51 | 0.00 |
| 36 | Arroworthy | 7100-000 | N/A | 3,190.56 | 3,190.56 | 0.00 |
| 38 | Arroworthy | 7200-000 | N/A | 3,190.56 | 3,190.56 | 0.00 |
| 39 | Corona Brushes, Inc | 7200-000 | N/A | 2,861.17 | 2,861.17 | 0.00 |
| 41 | Blonder Home Accents | 7200-000 | N/A | 6,447.80 | 6,447.80 | 0.00 |
| 42 | York Wallcoverings | 7200-000 | N/A | 3,397.11 | 3,397.11 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 929,395.85 | 929,395.85 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 08-16247    Doc 108    Filed 12/05/11    Entered 12/05/11 09:32:52    Desc Main
Document      Page 9 of 12

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-16247  
Case Name: PATHMANN PAINT CORPORATION  

Trustee: (520191) KAREN R. GOODMAN  
Filed (f) or Converted (c): 10/23/08 (c)  
§341(a) Meeting Date: 12/17/08  

Period Ending: 10/24/11  

Claims Bar Date: 12/18/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 450.00 | 450.00 | DA | 0.00 | FA |
| 2 | Harris Bank Barrington - checking account | 6,500.00 | 6,500.00 | DA | 0.00 | FA |
| 3 | 2 checking accounts at Fifth Third Bank | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 4 | Collectable accounts receivable | 75,000.00 | 75,000.00 | DA | 0.00 | FA |
| 5 | Co-op payments due from Benjamin Moore Paint Co. | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 6 | Office equipment, computers, accessories, office | 25,000.00 | 25,000.00 | DA | 5,000.00 | FA |
| 7 | Point of sale equipment, tinters, shakers, shelv | 100,000.00 | 100,000.00 | DA | 5,000.00 | FA |
| 8 | Inventory of wallpaper books, paint inventory, p | 325,000.00 | 325,000.00 | DA | 5,000.00 | FA |
| 9 | TRUST INTERESTS IN METLIFE (u) | Unknown | Unknown | DA | 0.00 | FA |
| 10 | Utility refunds (u) | Unknown | Unknown | DA | 1,483.30 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.26 | FA |
| 11 | Assets    Totals (Excluding unknown values) | $551,950.00 | $551,950.00 | | $16,484.56 | $0.00 |

**Major Activities Affecting Case Closing:**

File Motion to Waive TFR

Initial Projected Date Of Final Report (TFR):    December 31, 2009       Current Projected Date Of Final Report (TFR):    April 5, 2011  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-16247 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | PATHMANN PAINT CORPORATION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | **-***0378 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 10/24/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/09 | | Met Life | TRUST INTRESTS IN MET LIFE | 1290-000 | 47.38 | | 47.38 |
| 02/06/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #08-16247, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 0.04 | 47.34 |
| 03/04/09 | {10} | Nicor | Refund of Deposit | 1290-010 | 339.34 | | 386.68 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 386.69 |
| 04/16/09 | | Color Castle Corp | Sale of Assets per Ct. Order of 4/16/09 | | 15,000.00 | | 15,386.69 |
| | {6} | | Sale of Assets per Court Order of 4/16/09    5,000.00 | 1129-000 | | | 15,386.69 |
| | {7} | | Sale of Assets per Court Order of 4/16/09    5,000.00 | 1129-000 | | | 15,386.69 |
| | {8} | | Sale of Assets per Court Order of 4/16/09    5,000.00 | 1129-000 | | | 15,386.69 |
| 04/22/09 | 1002 | Midwest Bank and Trust Company | Sale Proceeds of collateral of Midwest Bank and Trust per Court Order of 4/16/2009 | 4210-000 | | 12,000.00 | 3,386.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 3,386.79 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,386.92 |
| 06/24/09 | 1003 | Karen R. Goodman, Trustee | Trustee and counsel for Trustee fees and reimbursement of expenses per Cour Order of 4/16/09 | | | 3,000.00 | 386.92 |
| | | | TRUSTEE COMPENSATION AND EXPENSES PER COURT ORDER DATED 04/16/09    1,500.00 | 2100-000 | | | 386.92 |
| | | | ATTORNEY FOR TRUSTEE COMPENSATION AND EXPENSES PER COURT ORDER DATED 04/16/09    1,500.00 | 3120-000 | | | 386.92 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 387.04 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 387.05 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 387.06 |
| 09/03/09 | {10} | ComEd | Return of deposit for electric service at Lake Zurich store | 1290-010 | 1,143.96 | | 1,531.02 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,531.07 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,531.13 |

Subtotals :   $16,531.17   $15,000.04

{} Asset reference(s)                                               Printed: 10/24/2011 10:40 AM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-16247 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | PATHMANN PAINT CORPORATION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | **-***0378 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 10/24/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,531.19 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,531.25 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,531.31 |
| 02/04/10 | 1004 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-16247, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided on 02/04/10 | 2300-000 | | 1.55 | 1,529.76 |
| 02/04/10 | 1004 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-16247, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided: check issued on 02/04/10 | 2300-000 | | -1.55 | 1,531.31 |
| 02/04/10 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-16247, Bond #016026455 | 2300-000 | | 1.55 | 1,529.76 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,529.81 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,529.87 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 1,529.90 |
| 04/20/10 | | Wire out to BNYM account 9200******3965 | Wire out to BNYM account 9200******3965 | 9999-000 | -1,529.90 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 15,001.59 | 15,001.59 | $0.00 |
| Less: Bank Transfers | | -1,529.90 | 0.00 | |
| Subtotal | | 16,531.49 | 15,001.59 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $16,531.49 | $15,001.59 | |

{} Asset reference(s)    Printed: 10/24/2011 10:40 AM    V.12.57

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 08-16247 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | PATHMANN PAINT CORPORATION | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******39-65 - Money Market Account |
| Taxpayer ID #: | **-***0378 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 10/24/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | Wire in from JPMorgan Chase Bank, N.A. account ********3965 | 9999-000 | 1,529.90 | | 1,529.90 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 1,529.93 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,530.02 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,530.11 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,530.20 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.08 | | 1,530.28 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,530.29 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,530.30 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,530.31 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,530.32 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,530.33 |
| 02/08/11 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #08-16247, Bond #016026455 | 2300-000 | | 1.35 | 1,528.98 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,528.99 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,529.00 |
| 04/13/11 | 11007 | FirstMerit, N.A., Successor in Interest for FDIC for Midwest | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 26 PER COURT ORDER DATED APRIL 5, 2011 | 4110-000 | | 1,529.00 | 0.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 0.01 |
| 06/13/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.01 | | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 1,530.35 | 1,530.35 | $0.00 |
| Less: Bank Transfers | | 1,529.90 | 0.00 | |
| Subtotal | | 0.45 | 1,530.35 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.45 | $1,530.35 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****39-65 | 16,531.49 | 15,001.59 | 0.00 |
| MMA # 9200-******39-65 | 0.45 | 1,530.35 | 0.00 |
| | $16,531.94 | $16,531.94 | $0.00 |

{} Asset reference(s)  
Printed: 10/24/2011 10:40 AM    V.12.57